Meyer A. Novick, Appellant, v. Hulda Davidson, Respondent, and Chauncey Misner, Defendant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York ex rel. R. Gordon Whitman, Appellant, v. Joseph H. Wilson, as Warden of Great Meadow Prison, at Comstock, N. Y., Respondent.— Motion for leave to appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Carlo Prati, Appellant, against Jabez Burns & Sons, Inc., and The Ætna Life Insurance Company, Respondents. State Industrial Board, Respondent.— Motion to prosecute appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by Helen Steinberg, Appellant, against Frieda S. Miller, as Industrial Commissioner, Respondent.— Motion to prosecute appeal on typewritten record and brief granted. Hill, P. J., Heffernan, Schenck and Foster, JJ., concur; Bliss, J., dissents. Unemployment benefits are paid only on account of total unemployment. Subdivision 10 of section 502 of the Labor Law provides that the unemployment cannot be caused by the incapacity of the employee. Here it is uncontradicted that the claimant was incapacitated by her pregnancy.

Florence P. Medwin, Respondent, v. 11 West 42nd Street, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Estate of John P. Kellas, Deceased, Late of the Town of Malone, Franklin County, New York.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Meyer Edelman, Respondent, v. Sam Cymberg and Estelle Cymberg, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York ex rel. The Hudson River Bridge Company at Albany, Appellant, v. State Tax Commission, Respondent, and City of Albany, Intervenor, Respondent. (Special Franchise Tax Assessment for the Years 1927–1928, 1933–1934, City of Albany.) — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Margaret Deyo, Respondent, v. Joseph J. Belotte, Doing Business as J. J. Belotte & Son Construction Company, Appellant, and Albert Deyo, Defendant. Margaret Deyo, as Administratrix of the Goods, Chattels and Credits of Christopher Deyo, Deceased, Respondent, v. Joseph J. Belotte, Doing Business as J. J. Belotte & Son Construction Company, Appellant, and Albert Deyo, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Anna H. Borgio, Respondent, against Hegeman Farms Corp. and Interboro Mutual Indemnity Insurance Company, Appel-